UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

Rose Marie Thompson, )
)
)
Plaintiff(s), )
)
vs )   Case #: 2:12-CV-0031 PMP-GWF
)
Target Corporation, )   ORDER REFERRING CASE FOR
)   SETTLEMENT CONFERENCE
)
Defendant(s). )
)

    This case is currently stacked on the Trial Calendar of September 30, 2014 for a Jury Trial.

    **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley, Jr.** for a settlement conference.

    DATED this 23rd day of January, 2014.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE